**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Julio Arevalo, individually and on behalf of others similarly situated, Plaintiff<br>v.<br>A & S Breakfast, Inc. dba Annie's Pancake House, and Argyro Varvouletos, individually, Defendants | Case No. 1:17-cv-114<br>Judge: Hon. Amy J. St. Eve<br>Magistrate Judge: Hon. Maria Valdez |

**STIPULATION OF DISMISSAL**

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs.

Respectfully submitted on Friday, January 18, 2018.

| | |
|---|---|
| /s/ Valentin T. Narvaez<br>Plaintiff's Counsel<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL  60646 | /s/ Kyle Robert Kasmarick<br>Defendants' Counsel<br>Syregelas & Kasmarick, LLC<br>19 North Green Street<br>Chicago, IL 60607 |